427 A.2d 1204

Commonwealth v. Hughlett, Appellant.

Submitted September 13, 1979. Joel M. Breitstein, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1207

Commonwealth v. R. Johnson, Jr., Appellant.

Submitted September 13, 1979. Thomas J. Profy, III, for appellant; Linda K. Caracappa, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

For reasons appearing in our opinion in *Commonwealth v. Reed*, 276 Pa.Super. 467, 419 A.2d 552 (1980), appellant's conviction for receiving stolen property is set aside; the judgment of sentence is vacated; and the case is remanded for re-sentencing on the conviction for criminal conspiracy.

* Judge Donald E. Wieand is sitting by special designation.
* Judge Donald E. Wieand is sitting by special designation.